# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
Priority Mail Express parcel label number EK009895496US, ) Case No.
postmarked January 28, 2014, weighing 15 pounds 1.2 ounces, )
addressed to Raul Cortez, 7777 Ravenswood Dr, Florence, Kentoky ) 1:14MJ -092
41042 with a return address of Carlos Cortez, Lincon Ave Apt 530A, )
Modesto, CA 95355 )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Priority Mail Express parcel label number EK008895496US

located in the _____Southern_____ District of _____Ohio_____, there is now concealed *(identify the person or describe the property to be seized)*:

Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of: Title 21

| Code Section | Offense Description |
|---|---|
| 841 (a) (1), 843 (b) & 846 | Conspiracy to distribute a controlled substance |
| | Possession with intent to distribute a controlled substance |

The application is based on these facts:
See attached affidavit of U.S. Postal Inspector O'Neill

☒ Continued on the attached sheet.
☐ Delayed notice ____ days (give exact ending date if more than 30 days: ____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Karen L. O'Neill, U. S. Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/7/14

_____
*Judge's signature*

City and state: Cincinnati, Ohio

Honorable Karen L. Litkovitz
United States Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
CINCINNATI, OHIO

STATE OF OHIO           )
                        ) SS
COUNTY OF HAMILTON      )

AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, KAREN O'NEILL, HAVING BEEN DULY SWORN, DEPOSE AND STATE: I am a United States Postal Inspector, having been so employed since March 2003. I am presently assigned to the Cincinnati Field Office, Pittsburgh Division of the Postal Inspection Service with investigative responsibility for Southwest Ohio, Northern Kentucky, and Southeast Indiana. Part of my investigative responsibility involves the use of the United States Mail in the transporting of narcotics and other dangerous controlled substances and financial proceeds relating thereto.

Your affiant has become aware that drug traffickers frequently use Express Mail, a business-oriented overnight service offered by the United States Postal Service, to transport narcotics and other dangerous controlled substances, and their proceeds or instrumentalities from the sale of the controlled substances. Your affiant has also become aware that drug traffickers frequently use Priority Mail with delivery confirmation, a 2-3 day service offered by the United States Postal Service. As a result of investigations and successful controlled substance prosecutions where the Mail was used, your affiant has learned of certain characteristics indicative of other Mail items previously identified as containing narcotics or other dangerous controlled substances, their proceeds or instrumentalities from the sale of the controlled substances. Some of these characteristics include, but are not necessarily limited to or used on every occasion, the mailer using different post offices on the same day to send parcels, false or non-existent return address, addressee is not known to receive mail at the listed delivery address, the package is heavily taped, the package is mailed from a known drug source location, labeling information contains misspellings, the label contains an illegible waiver signature, unusual odors emanating from the package, and the listed address is located in an area of known or suspected drug activity.

On January 29, 2014, your affiant requested a check in the postal product tracking system for parcels going to northern Kentucky. Priority Mail Express parcel label number EK009895496US was located going to Florence, Kentucky coming from northern California; a known drug source area.

On January 29, 2014, your affiant obtained a copy of the mailing label. The parcel is addressed to Raul Cortez, 7777 Ravenswood Dr, Florence, Kentoky 41042 with a return address of Carlos Cortez, Lincon Ave Apt 530A, Modesto, CA 95355. The handwriting on the label is difficult to read and there are several misspellings.

On January 29, 2014, your affiant requested a check in Accurint on the addressee address 7777 Ravenswood Dr, Florence, KY 41042. Accurint is a law enforcement database that is used as a tool for investigators to identify person/business and address information. According to Accurint, the name "Cortez" is not associated with that address. Your affiant also learned that there haven't been any names associated with that address since 2008.

On January 29, 2014, your affiant contacted the Florence Post Office, Florence, Kentucky regarding the aforementioned parcel. Your affiant learned that the addressee address 7777 Ravenswood Dr has been vacant for several years. Your affiant requested the parcel be placed in a secure location for further investigation.

On January 31, 2014, Inspectors obtained the aforementioned parcel from the Florence Post Office.

On February 5, 2014, the Cincinnati Police Department Narcotics Unit was contacted to arrange for a narcotic canine to check the parcel. Officer Sean Woods responded to the Cincinnati Postal Inspection Service office, Cincinnati, Ohio where the parcel was placed in a controlled area and presented to narcotic canine, "Dozer". "Dozer" alerted positively to the presence or odor of a controlled substance or their proceeds or instrumentalities upon Priority Mail Express parcel label number EK009895496US addressed to Raul Cortez, 7777 Ravenswood Dr, Florence, Kentoky 41042. Attached herewith, and made part hereof by reference, is a photocopy of the narcotic canine handler's record of examination.

The parcel is further identified as follows: a Home Depot brown cardboard box 24" x 18" x 18" in size, bearing Priority Mail Express parcel label number EK009895496US, weighing 15 pounds 1.2 ounces, postmarked January 28, 2014; see address information below:

**Sender:** Carlos Cortez
Lincon Ave Apt 530A
Modesto, CA 95355

**Addressee:** Raul Cortez
7777 Ravenswood Dr
Florence, Kentoky 41042

This information, along with the positive alert of narcotic canine "Dozer" is indicative of a drug package or its proceeds.

Based on the information contained herein, your affiant believes that contained in Priority Mail Express parcel label number EK009895496US is a quantity of a narcotic or other dangerous controlled substance, their proceeds or instrumentalities.

Therefore, a search warrant to open the parcel is requested.

Further, your affiant sayeth naught.

Karen O'Neill
Postal Inspector

Subscribed and sworn to and before me this 7 day of Feb, 2014.

Honorable Karen L. Litkovitz
United States Magistrate Judge

3



United States Postal Inspection Service
Pittsburgh Division

## OFFICER AFFIDAVIT

I, Officer **SEAN M. WOODS**, am and have been employed by the **CINCINNATI POLICE DEPT** since **1/00**. Among other duties, I am currently the assigned handler of narcotics detection canine "**Dozer**" which is trained and certified in the detection of the presence or odor of narcotics described as follows: **MARIJUANA, COCAINE, METH, HEROIN**

On **2-5-14**, at the request of Postal Inspector K. O'Neill, I responded to **Cincy Postal Insp office**, where "**Dozer**" did alert to and indicate upon: [describe item]
**PME 9400989546603 Raul Cortez 7777 Ravenswood Dr Florence Ky 41042 with a return Carlos Cortez Uncleon Ave Apt 530 A Modesto CA 95355**

Which, based upon my training and experience and that of "**Dozer**", indicates there is contained within or upon the above described item, the presence or odor of a narcotic or other controlled substance.

_____ 2-5-14
(Signature and Date)

_____ 2-5-14
(Signature and Date)

Cincinnati Field Office
895 Central Avenue, Suite 400
Cincinnati, OH 45202-5748
Telephone: 877-876-2455
FAX: 513-684-8009